IN THE MATTER OF THE APPLICATION OF BENJAMIN DOMAKO FOR A WRIT OF HABEAS CORPUS.

Argued March 16, 1953—Decided March 23, 1953.

*Mr. Benjamin Domako* argued the cause *in propria persona.*

*Mr. Eugene T. Urbaniak* argued the cause for the respondent (*Mr. Theodore D. Parsons,* Attorney-General).

PER CURIAM. The judgment is affirmed for the reasons expressed in the opinion *per curiam* filed in the court below.

*For affirmance*—Chief Justice VANDERBILT, and Justices HEHER, OLIPHANT, WACHENFELD, BURLING, JACOBS and BRENNAN—7.

*For reversal*—None.